1  Don Todd
2  3841 Lankershim way North Highlands Ca 95660
   (916) 331- 2277
3    PRO SE

ENDORSED

05 APR 19  PM 3: 36

LEGAL PROCESS #2

4               Superior Court of California
                  County of Sacramento
5                    720 9th Street
                  Sacramento, CA 95814

6

7
   Don Todd.                    )   Case No.: 05AS01712
8                               )
   3841 Lankershim way          )   COMPLAINT FOR DAMAGES
9                               )   (Title 5 sec. 552 a; Title 42 sec. 1981, 1983,
   North Highlands Ca 95660,    )   1985)(California Civil Code sec. 1708,
10                              )   1798.53, 3281, 3294)(common law)
                                )   COMPLAINT FOR DECLARATORY
11        Plaintiff,            )   RELIEF
                                )   (Title 42 sec. 1981)
12     vs.                      )   COMPLAINT FOR INJUNCTIVE RELIEF
                                )   (California Civil Code sec. 1798.47)
13   John Doe 1
     4700 College Oak Drive
14
     Sacramento Ca 95841,
15
          Defendant
16

17
   Plaintiff demands a Jury Trial as guaranteed by California Constitution Article 1 sec. 16
18

19
   Plaintiff alleges to the best of his knowledge and belief:
20

21
   1) Jurisdiction of this Court is predicated on the fact that all allegations occurred in Sacramento
22
   County in the State of California, California Code of Civil Procedure sec. 393
23

24
   2) Plaintiff has complied with the requirements of California Law waiving sovereign immunity
25
   by filing two claims with Los Rios Community College School District after attempting to
26
   exhaust state remedies and discovery of facts, {Federal time limits apply to federal rights and

                        Todd v. Captain Chris Day - 1

1   issues of claim's timeliness} Williams v. Horvath 129 Cal.Rptr. 453(Cal 1976); {Fraudulent

2   Concealment}Kane v. Cook 8 Cal. 449(Cal 1857), California Civil Code 1798.49.

3

4   3) This is an action brought for deprivation of rights under California Constitution Article 1 sec.

5   1 and 7 (a),1[st] and 14th Amendments to the Constitution of the United States, Title 5 U.S.C. sec.

6   552 a),Title 42 U.S.C. sec. 1981, 1983, 1985(3), California Civil Code sec. 1708, and common

7   law.

8

9   4) Plaintiff, Don Todd Pro Se, is and at all times mentioned in this complaint was a citizen of the

10  United States, and a resident of Sacramento County, California.

11

12  5) Defendant, John Doe 1, was at all times mentioned in this complaint an Employee of the Los

13  Rios Community College School District and acting under the color of state law.

14

15  6) Defendant, John Doe 1 was, at all times mentioned in this complaint acting in the course and

16  scope of his employment with Los Rios Community College School District Police Department.

17

18  7) Defendant, John Doe 1, is sued in his individual capacity.

19

20          Statement(not exhaustive as all incidents to many to list)

21  8) On 20th August 2001, the first Monday of the semester that Soltyz murdered his family, Mr.

22  Soltyz had his wife pinned on the ground against her will and threatened her with a dangerous

23  weapon, Cal. Penal Code sec. 245 a) (1), between 11:50am and 12 noon when Plaintiff, Don

24  Todd intervened to save Mrs. Soltyz's life in front of multiple witnesses, Sacramento County

25  Sheriff report # 187-PC 0169534. Mrs. Soltyz talked to Don Todd after Mr. Soltyz left the

26  campus, At least two people witnessed Mrs. Soltyz speaking to Don Todd on the 20th of August

Todd v. Captain Chris Day - 2

2001. On the 22nd of August 2001 an American River College officer was filling out a report and talking to the people that saw the incident with Mr. Soltyz on the first day of school, and the weapon(potato peeler). One witness was an older lady that teaches keyboarding at American River College, and she said to the American River College officer, "That's him there he is you should talk to him he spoke with her". The American River College cop, John Doe 1, said, "If I talk to him then I will have to fill out a report, and I do not want to do that. Some of the staff here at A.R.C. have been trying to get rid of him and that would make it more difficult". The typing instructor repeated that she saw me, Don Todd, speak with her. Don Todd had complained previously at American River College about staff misconduct, "to get rid of him", for the school record, and John Doe 1 revealed private information from the school record to justify the violation of Don Todd's Civil Rights, invasion of privacy. John Doe 1 on 22nd of August did deprive Don Todd of equal protection under the law, defending life, liberty, privacy, and the right to give evidence in the furtherance of a felony criminal act on the behalf of others, Title 18 U.S.C. section 1001 a)(1), and California Penal Code sec. 136.1 a)(2), c)(2), and d). John Doe 1 did retaliate against Don Todd for "defending life" when John Doe 1 sought to deprive, with willful and wanton disregard for the rights of others, Don Todd of the right to equal protection under the law, privacy and the right to give evidence {retaliation for exercise of constitutionally protected right is in itself a violation of constitutional rights}Huffman v. Fiola 850 F.Supp. 833 (Cal. 1994); {Liberty... "It is only freedom from restraint under conditions essential to equal enjoyment of the same right by others" ...14th Amendment to U.S. constitution}Crowley v. Christensen 11 S.Ct. 13(Cal. 1890). On or about the middle of October 2001 Don Todd, after repeatedly trying, finally gave a statement to Detective Will Bayles, Soltyz Murder Report #187-PC 0169534, and Don Todd complained about the criminal misconduct of John Doe 1 during the active murder investigation. Don Todd obtained the Soltyz murder report number , Sacramento County Sheriff's #187-PC 0169534, from Detective Will Bayles at that time. Detective Will Bayles was on campus with Don Todd when the interview occurred. Detective Will Bayles was

1   in possession of the Soltyz Murder report, and Will Bayles told Don Todd that he would walk

2   over to the campus police department immediately after the interview to notify campus police

3   and gather information. Detective Will Bayles told Don Todd that American River College was

4   the place to complain to during the active murder investigation while Mr. Soltyz was alive and in

5   custody at Sacramento County Sheriff's Jail. Don Todd complained repeatedly to American

6   River College even sending a registered letter to Marie B. Smith president of American River

7   College during the active murder investigation on or about 29th March 2002. Don Todd was lied

8   to repeatedly and told that he would be contacted to make a full complaint to deny the possibility

9   of a timely claim. Don Todd was told John Doe 1 was not an employee of Los Rios Community

10  College Police Department. Don Todd repeatedly complained and acted in good faith. At a

11  meeting on 24th March 2004 Marie B. Smith told Don Todd that some law enforcement officer

12  came to the office and took a part of Don Todd's school record. The incident occurred with out

13  Don Todd's permission and Marie B. Smith refused to disclose who this officer was. Marie B.

14  Smith also refused Don Todd the right to view the record log to find out who had taken a portion

15  of Don Todd's record, when the materials were taken and for what reason and purpose. Don

16  Todd was finally given an opportunity to file a complaint in April 2004. One uniformed

17  policeman , John Doe 1, and only one uniformed policeman was present in front of the business

18  area at American River College 11:50am – 12 noon on August 22nd 2001 taking information

19  from crime scene witnesses of the crime Mr. Soltyz had committed on 20th August 2001. On 10th

20  June 2004 Don Todd discovered that concealing the felony crime committed by Mr. Soltyz on

21  20th August 2001 was used willfully and with wanton disregard for the rights of others to deprive

22  Don Todd of his civil rights by John Doe 1 in the furtherance of a conspiracy. Don Todd has

23  filed a complaint in federal Court # 205 CV – 0755 DFL DAD PS.

24

25                                    Prayers for relief

26


                            Todd v. Captain Chris Day - 4

First claim for relief

9) Plaintiff alleges paragraph 8. John Doe 1 conspired with Marie B. Smith to violate plaintiff's right to equal protection under the law and privacy. In the furtherance of the conspiracy John Doe 1 did violate Don Todd's right to give evidence, defending life, and liberty, guaranteed by the Fourteenth Amendment to the United States Constitution and California Constitution Article 1 sec. 1, California Civil Code 1708{conspiracy may be formed with out simultaneous action or agreement}Int. State Cir. V. U.S. 59 S.Ct. 467(Texas 1939). John Doe acted willfully and with wanton disregard for the rights of others. Plaintiff seeks 2,000,000 dollars in damages from John Doe 1 for emotional distress and violation of civil rights under California Civil Code 3281, Title 42 U.S.C. sec. 1983, 1985(3), and The Supreme Court said, {"it should be emphasized that the violation of a constitutional right, in proper cases, may itself constitute a compensable injury."} in Memphis Cmty. Sch. Dist. V. Stachura 477 U.S. 299(Michigan 1986); {Liberty… "It is only freedom from restraint under conditions essential to equal enjoyment of the same right by others" …14th Amendment to U.S. constitution}Crowley v. Christensen 11 S.Ct. 13(Cal. 1890). The Supreme Court said, {"a compensatory award will be appropriate" if the officer "took the action with the malicious intention to cause a deprivation of constitutional rights or other injury"} in Wood ET AL V. Strickland, 420 U.S. 308, 322(Arkansas 1975).


Second Claim for relief

10) Plaintiff alleges paragraph 8. John Doe 1 conspired with Marie B. Smith to violate plaintiff's right to equal protection under the law and privacy. In the furtherance of the conspiracy John Doe 1 did violate Don Todd's right to privacy, guaranteed by Title 5 sec. 552 a) and California Constitution Article 1 sec. 1, California Civil Code 1708. John Doe acted willfully and with wanton disregard for the rights of others. Plaintiff seeks 2,000,000 dollars in damages from John

Todd v. Captain Chris Day - 5

1   Doe 1 for emotional distress and violation of civil rights under California Civil Code 1708, 3281,

2   1798.53, Title 5 U.S.C. section 552 a), Title 42 U.S.C. sec. 1983 and The Supreme Court said,

3   {"it should be emphasized that the violation of a constitutional right, in proper cases, may itself

4   constitute a compensable injury."} in Memphis Cmty. Sch. Dist. V. Stachura 477 U.S.

5   299(Michigan 1986). The Supreme Court said, {"a compensatory award will be appropriate" if

6   the officer "took the action with the malicious intention to cause a deprivation of constitutional

7   rights or other injury"} in Wood ET AL V. Strickland, 420 U.S. 308, 322(Arkansas 1975).

8

9

10

11                          Third claim for relief

12   11) Plaintiff alleges paragraph 8. Plaintiff respectfully requests that the court award Plaintiff

13   punitive damages from John Doe 1 in such other amount as the jury may determine is sufficient

14   to punish him for and deter others from committing the constitutional and state violations alleged

15   in this complaint pursuant to California Civil Code section, 1798.53, 3294, and {Punitive

16   damages for 14th amendment violations ok} Mansell v. Saunders 372 F.2d 573(Florida 1967);

17   {Punitive damages ok even without compensatory damages} Gordon v. Norman 788 F.2d

18   1194(Tennessee 1986); {Punitive Damages for Title 42 sec. 1983 ok for evil motive or intent}

19   Smith v. Wade 461 U.S. 30(Missouri 1983).

20

21                          Third claim for relief

22   Plaintiff alleges paragraph 8. Plaintiff seeks an injunction ordering a written apology from John

23   Doe 1 containing a relevant reference to the concealment of crime and the violations of the

24   California Constitution Article 1 sec. 1 and 7 a), Title 5 section 552 a), and 14th amendment of

25   the United States Constitution as mentioned in this complaint regarding Don Todd to be

26   presented to Don Todd, entered into Don Todd's student record, and published (electronically

                          Todd v. Captain Chris Day - 6

1   and in print) in all Los Rios Community College Schedule of classes for 5 consecutive years.

2   Exact wording to be stipulated by Don Todd with the approval of the Jury. Action is sought

3   under the 14th amendment of the U.S. Constitution, Title 42 U.S.C. sec. 1981, and California

4   Constitution Article 1 sec. 1 and 7 (a).

8                                  Fourth Claim for relief

9   Plaintiff alleges paragraph 8. Plaintiff seeks a permanent injunction barring the release directly or

10  indirectly of any private information concerning Don Todd by any employees of the Los Rio

11  Community College School District including but not limited to John Doe 1 under California

12  Civil Code section 1798.47, and Title 5 U.S.C. section 552 a).

14                                  Fifth Claim for relief

15  Plaintiff alleges paragraph 8. Plaintiff seeks a permanent injunction ordering the surrender of any

16  private information held concerning Don Todd by any employees of the Los Rio Community

17  College School District under seal of the court under California Civil Code section 1798.47, and

18  Title 5 U.S.C. section 552 a).

20          Dated this      19 April 2005

21          Signed by      Don Todd
                           Don Todd Pro Se
22                         3841 Lankershim way
                           North Highlands CA 95660
23

Todd v. Captain Chris Day - 7