IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON TODD, Pro Se,

    Plaintiff,

    v.                                       CIV. NO. S-05-755 DFL DAD

CAPTAIN CHRIS DAY, CHIEF OF POLICE
RICKEY JONES, LOS RIOS COMMUNITY
COLLEGE SCHOOL DISTRICT POLICE
DEPARTMENT, MARIE B. SMITH, CELIA
ESPOSITO-NOY, LOS RIOS COMMUNITY
COLLEGE SCHOOL DISTRICT, 4700 COLLEGE
OAK DRIVE, SACRAMENTO, CA 95841,

    Defendants.
_____/   RELATED CASE ORDER

DON TODD, 3841 LANKERSHIM WAY,
NORTH HIGHLANDS, CA 95660,

    Plaintiff,

    v.                                       CIV. NO. S-05-999 LKK KJM

JOHN DOE 1, 4700 COLLEGE OAK
DRIVE, SACRAMENTO, CA 95841,

    Defendant.
_____/

1     Examination of the above-entitled actions reveals that
2 these actions are related within the meaning of Local Rule 83-123
3 (E.D. Cal. 2005). Accordingly, the assignment of the matters to
4 the same judge and magistrate judge is likely to effect a
5 substantial savings of judicial effort and is also likely to be
6 convenient for the parties.
7     The parties should be aware that relating the cases under
8 Local Rule 83-123 merely has the result that these actions are
9 assigned to the same judge and magistrate judge; no consolidation
10 of the actions is effected.  Under the regular practice of this
11 court, related cases are generally assigned to the judge and
12 magistrate judge to whom the first filed action was assigned.
13     IT IS THEREFORE ORDERED that the action denominated CIV. NO.
14 S-05-999-LKK-KJM be reassigned to Judge David F. Levi and
15 Magistrate Judge Dale A. Drozd for all further proceedings, and
16 any dates currently set in this reassigned case <u>only</u> are hereby
17 VACATED.  The parties are referred to the attached Order
18 Requiring Joint Status Report.  Henceforth, the caption on
19 documents filed in the reassigned case shall be shown as CIV. NO.
20 S-05-999-DFL-DAD.
21 //
22 //
23 //
24 //
25 //
26 //

1   IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4   IT IS SO ORDERED.
5 DATED: 6/2/2005

_____
DAVID F. LEVI
United States District Judge