IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON TODD,                                    No.  CIV.S-05-0999 DFL DAD PS

    Plaintiff,

  v.                                         <u>ORDER</u>

JOHN DOE 1,

    Defendant.
_____/

    This removal case came before the court on June 24, 2005, for hearing on Los Rios Community College District's motion to dismiss for insufficiency of process and insufficiency of service of process pursuant to Federal Rule of Civil Procedure 12(b)(4) and 12(b)(5), respectively.  Plaintiff, proceeding pro se, did not appear at the hearing.  Danielle R. Teeters appeared on behalf of Los Rios Community College District.  Having considered all written materials submitted in connection with the motion, and after hearing oral argument, the motion to dismiss will be granted.

/////

1

1             As discussed on the record at the hearing, in attempting to
2   effectuate service of process upon John Doe 1 plaintiff's agent
3   delivered a copy of the summons and complaint to a desk at the Los
4   Rios Community College District office.  Plaintiff concedes in his
5   response to the motion that the summons and complaint were simply
6   left at the desk and not with any individual.  Such attempted service
7   is insufficient under the federal rules.  See Fed. R. Civ. P.
8   4(e)(listing requirements for service upon individuals within a
9   judicial district of the United States).  It also is uncontested that
10  the summons failed to identify any individual, listing only John Doe
11  1 in this regard.  This also is insufficient.  See Fed. R. Civ. P.
12  4(a)("The summons shall be signed by the clerk, bear the seal of the
13  court, identify the court and the parties, be directed to the
14  defendant, and state the name and address of the plaintiff's attorney
15  or, if unrepresented, of the plaintiff.")  Therefore, the court finds
16  that plaintiff's attempted service of process in this action is
17  deficient.
18            Accordingly, IT IS HEREBY ORDERED that:
19            1.  Los Rios Community College District's motion to dismiss
20  is granted and the service of process attempted in this action is
21  quashed.
22            2.  Plaintiff shall have up to and including **September 16,**
23  **2005,** which is one hundred twenty (120) days after the date of
24  removal in this case, to complete service of process and file proof
25  of such service with the Clerk of the Court.  See Fed. R. Civ. P.
26  4(m)("If service of the summons and complaint is not made upon a

1  defendant within 120 days after the filing of the complaint, the
2  court, upon motion or on its own initiative after notice to the
3  plaintiff, shall dismiss the action without prejudice as to that
4  defendant ....").[1]

5        3.  Plaintiff is forewarned that the failure to timely
6  comply with the terms of this order will result in a recommendation
7  of dismissal.

8  DATED: June 24, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
DDad1\orders.prose\todd0999.oah

---

[1] The weight of authority supports the proposition that the 120-day period runs from the date of removal as opposed to the date the state court action was filed.  See Lawrence v. Hanson, 197 F. Supp. 2d 533, 538 (W.D. Va. 2002); Eccles v. National Semiconductor Corp., 10 F. Supp. 2d 514, 520 (D. Md. 1998).

3